UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>Rachel Ann Butze<br><br>Debtor | Chapter 7<br>Case No. 20-40742 |

**<u>NOTICE OF CONTINUED SECTION 341 MEETING OF CREDITORS</u>**

Please take notice that the Section 341 Meeting of Creditors for the above-referenced

debtor has been continued to 9:00 A.M. on September 28, 2020, Dial-in Number: 877-950-7059

Participant Code: 9849584 (Do not place call on hold or use speaker phone).

                                                Rachel Ann Butze
                                                By her counsel,

                                                <u>/s/ Neil D. Warrenbrand</u>
                                                Neil D. Warrenbrand, BBO# 556938
                                                Law Offices of Neil D. Warrenbrand
                                                One McKinley Square
                                                Boston, MA 02109
                                                Tel.: (617) 720-2286
                                                Fax:  (617) 723-1710
                                                Email: neil@warrenbrandlaw.com

Dated: July 22, 2020