UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: RACHEL ANN BUTZE | CASE NO: 20-40742 |
| | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: |

On 7/22/2020, I did cause a copy of the following documents, described below,

NOTICE OF CONTINUED SECTION 341 MEETING OF CREDITORS

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 7/22/2020

/s/ Neil D. Warrenbrand
Neil D. Warrenbrand  556938
Law offices of Neil D. Warrenbrand
One McKinley Square
Boston, MA  02109
617 720 2286

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| IN RE: RACHEL ANN BUTZE | CASE NO: 20-40742 |
|---|---|
| | **CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING** |
| | Chapter: |

On 7/22/2020, a copy of the following documents, described below,

NOTICE OF CONTINUED SECTION 341 MEETING OF CREDITORS

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 7/22/2020

*/s/ Jay S. Jump*

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Neil D. Warrenbrand
Law offices of Neil D. Warrenbrand
One McKinley Square
Boston, MA  02109

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF NOTICE RECIPIENT" HAVE RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| CASE INFO | ~~EXCLUDE~~ | BANK OF AMERICA |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING 01014<br>CASE 20-40742<br>DISTRICT OF MASSACHUSETTS<br>WORCESTER<br>WED JUL 22 15-14-05 EDT 2020 | ~~WORCESTER~~<br>~~U S BANKRUPTCY COURT~~<br>~~595 MAIN STREET~~<br>~~WORCESTER MA 01608-2060~~ | PO BOX 982238<br>EL PASO TX 79998-2238 |

| CITI | DIGITAL FEDERAL CREDIT UNION | FEDERAL LOAN SERVICE |
|---|---|---|
| 5800 CORPORATE BLVD<br>SIOUX FALLS SD 57108-5027 | 220 DONALD LYNCH BLVD<br>MARLBOROUGH MA 01752-4708 | POB 60610<br>HARISBURG PA 17106-0610 |

| JPMORGAN CHASE BANK N A | ANNE J WHITE | NEIL D WARRENBRAND |
|---|---|---|
| BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | DEMEO LLP<br>200 STATE STREET<br>BOSTON MA 02109-2605 | LAW OFFICES OF NEIL D WARRENBRAND<br>ONE MCKINLEY SQUARE<br>BOSTON MA 02109-2630 |

| DEBTOR | RICHARD KING | |
|---|---|---|
| RACHEL ANN BUTZE<br>183 PRINCETON STREET<br>NORTH CHELMSFORD MA 01863-2509 | OFFICE OF US TRUSTEE<br>446 MAIN STREET<br>14TH FLOOR<br>WORCESTER MA 01608-2361 | |